O

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 09-01324 VAP (DTBx)                    Date:  August 4, 2009

Title:       ELVA CORDERO -v- CENTRAL MORTGAGE COMPANY, et al.
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:      MINUTE ORDER GRANTING MOTION TO DISMISS
                  WITHOUT PREJUDICE (IN CHAMBERS)

The Court has received and considered all papers filed in support of Defendant's "Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can be Granted" ("Motion").  Defendant's Motion is appropriate for resolution without a hearing.  See Fed. R. Civ. P. 78; L.R. 7-15.  The hearing set for the matter on August 17, 2009 at 10:00 a.m. is VACATED.

Defendant filed the Motion on July 17, 2009 to be heard on August 17, 2009.  Under Local Rule 7-9, a party must file opposition papers no later than 14 days before the date designated for the hearing of the motion.  Plaintiff Elva Cordero, represented by counsel, filed no timely opposition.

MINUTES FORM 11                                          Initials of Deputy Clerk: jh-relief
CIVIL -- GEN                          Page 1

EDCV 09-01324 VAP (DTBx)
ELVA CORDERO v. CENTRAL MORTGAGE COMPANY, et al.
MINUTE ORDER of August 4, 2009

      Under Local Rule 7-12, the Court finds Plaintiff has consented to granting the Motion.  Accordingly, Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**