O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVA CORDERO,          )<br>                       )<br>          Plaintiff, )<br>                       )<br>     v.                )<br>                       )<br>CENTRAL MORTGAGE       )<br>COMPANY, et al.,       )<br>                       )<br>          Defendants.  )<br>_____) | Case No. EDCV 09-01324 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: <u>August 4, 2009</u>

                                        VIRGINIA A. PHILLIPS<br>
                                  United States District Judge